IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01367-ZLW-MEH

5280 PUBLISHING, INC., doing business as *5280 Magazine*, and,
MAXIMILLIAN POTTER,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE, an agency of the United States Government, and
NATIONAL COMMITTEE FOR EMPLOYER SUPPORT OF THE GUARD AND RESERVE, a congressionally established office within U.S. Department of Defense,

      Defendants.

## ORDER

Pursuant to and in accordance with the Stipulation Concerning Motion For Temporary Restraining Order (Doc. No. 6), it is

ORDERED that Plaintiffs' Motion For Temporary Restraining Order (Doc. No. 2) is moot, the parties to pay their own attorneys' fees and costs with respect to the motion.

DATED at Denver, Colorado, this   19   day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court