IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01367-ZLW-MEH

5280 PUBLISHING, INC., doing business as *5280 Magazine*, and,
MAXIMILLIAN POTTER,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE, an agency of the United States Government, and
NATIONAL COMMITTEE FOR EMPLOYER SUPPORT OF THE GUARD AND RESERVE, a congressionally established office within U.S. Department of Defense,

      Defendants.

## ORDER

In consideration of the Minute Entry For Settlement Conference (Doc. 22) entered on November 1, 2007, by Magistrate Judge Michael E. Hegarty, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before November 30, 2007.  If by that date settlement papers have not been received by the Court, on December 7, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __7__ day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court