IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01367-ZLW-MEH

5280 PUBLISHING, INC., doing business as *5280 Magazine*, and,
MAXIMILLIAN POTTER,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE, an agency of the United States
Government, and
NATIONAL COMMITTEE FOR EMPLOYER SUPPORT OF THE GUARD AND
RESERVE, a congressionally established office within U.S. Department of Defense,

      Defendants.

_____

ORDER OF DISMISSAL
_____

      The matter before the Court is a Stipulated Motion For Dismissal Under

41(a)(1)(ii), signed by the attorneys for the parties hereto. In consideration thereof, it is

      ORDERED that the Stipulated Motion For Dismissal Under 41(a)(1)(ii) is

granted. It is

      FURTHER ORDERED that the Complaint and cause of action are dismissed

with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) , the parties to pay their own costs

and attorney fees.

      DATED at Denver, Colorado, this _5_ day of December, 2007.

      BY THE COURT:

      *Zita L. Weinshienk*

      _____
      ZITA L. WEINSHIENK,  Senior Judge
      United States District Court